■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON THOMAS, Appellant. [44 NYS3d 748]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Efrain Alvarado, J., at plea; John W. Carter, J., at sentencing), rendered February 21, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and

the same are hereby affirmed. Concur—Andrias, J.P., Saxe, Feinman, Gische and Kahn, JJ.